```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF INDIANA
                   SOUTH BEND DIVISION



 DANIEL YANEZ,                      )
                                    )
      Plaintiff,                    )
                                    )
      -v-                           )   Case No.
                                    )   3:20-cv-00331-RLM-MGG
 STATE AUTO PROPERTY AND            )
 CASUALTY INSURANCE COMPANY,        )
                                    )
      Defendant.                    )
```

   The deposition upon oral examination of DANIEL OCTAVIO YANEZ, a witness produced and sworn before me, Julie-Samantha Smith, Court Reporter and Notary Public in and for the County of LaPorte, State of Indiana, taken on behalf of the Defendant at the Law Office of Mark Woodcox, 401 Washington Street, Michigan City, Indiana, on Thursday, April 21, 2022, at 9:57 a.m., pursuant to the applicable rules.

            STEWART RICHARDSON & ASSOCIATES
            Registered Professional Reporters
                    (800) 869-0873

EXHIBIT A

| | | |
|---|---|---|
| 1 | | sitting on the Lake Station board? |
| 2 | A. | $111.11. |
| 3 | Q. | And in 2016, what was your annual income from |
| 4 | | Cooper's Hawk? |
| 5 | A. | $3,696.30. |
| 6 | Q. | And finally, what was your annual income from Pub |
| 7 | | Entertainment in 2016? |
| 8 | A. | I'm sorry, there's one more on here.  But to answer |
| 9 | | that question, its -- for Pub, it was $396.24, and |
| 10 | | I don't even know what this is. |
| 11 | Q. | You believe there was one more employer? |
| 12 | A. | Yeah, I just saw CDI Construction Services. |
| 13 | Q. | And what was your annual income in 2016 from CVI |
| 14 | | (sic) Construction Services? |
| 15 | A. | $1,161.87.  Oh, no.  I'm sorry.  That was taxes. |
| 16 | | $9,035.41.  I apologize. |
| 17 | Q. | Mr. Yanez, did you file your taxes for the 2016 |
| 18 | | year? |
| 19 | A. | Yes. |
| 20 | Q. | Do you have access to those taxes? |
| 21 | A. | Yes, you have a copy of them. |
| 22 | Q. | I don't believe I have seen taxes. |
| 23 | A. | Isn't that what this is? |
| 24 | Q. | These are the W2s. |
| 25 | A. | I'm sorry, I misunderstood.  Well, then, yes, I |

| | | |
|---|---|---|
| 1 | | did, and I probably could get access to them. |
| 2 | Q. | Did you also file your taxes in 2017 and 2018? |
| 3 | A. | Yes. |
| 4 | Q. | Would it be fair to say that your annual income was |
| 5 | | around 42,000 in 2016? |
| 6 | A. | With being employed by people, yes.  Not my -- the |
| 7 | | independent cooking. |
| 8 | Q. | And in 2016 did you do the independent cooking? |
| 9 | A. | I did. |
| 10 | Q. | Okay.  And did you keep track of the income you |
| 11 | | made in any way? |
| 12 | A. | I think I have a book.  I've been trying to find |
| 13 | | it, like a receipt book, because I had an employee |
| 14 | | working with me.  I hired someone to be an |
| 15 | | assistant to help me with it. |
| 16 | Q. | How did you pay your assistant?  Were they -- |
| 17 | A. | Cash. |
| 18 | Q. | You didn't file any taxes or anything? |
| 19 | A. | No. |
| 20 | Q. | Do you have any idea how much money you made in |
| 21 | | 2016 from your cooking? |
| 22 | A. | I was making about 2,000 a week.  The groceries |
| 23 | | cost about 500, I paid her 500, so I was making |
| 24 | | about 1,000 a week on that.  I believe I did it |
| 25 | | pretty consistent with that for at least, like, |

| | | |
|---|---|---|
| 1 | | five months.  And then it slowed down to where I |
| 2 | | didn't have as many clients so then I don't think I |
| 3 | | hired her for that part, and it was -- I believe I |
| 4 | | only had, like, four people, so that would have |
| 5 | | been, like, 400 a week, minus food; it would have |
| 6 | | been about 350. |
| 7 | Q. | So if you had put a number to how much you made in |
| 8 | | 2016 from cooking, what would you say? |
| 9 | | Sorry to put you through a math test. |
| 10 | A. | Probably about -- over 25,000. |
| 11 | Q. | Who were your clients? |
| 12 | A. | People from BP.  I worked at BP, so union |
| 13 | | carpenters, laborers, and then people from the gym. |
| 14 | | I was also training people at the gym, and if they |
| 15 | | bought my food I trained them for free, so that |
| 16 | | included into it. |
| 17 | Q. | In 2016 did you have any other sources of income? |
| 18 | A. | Off the top of my head, nothing significant. |
| 19 | Q. | So we've talked about all your sources of income in |
| 20 | | 2016? |
| 21 | A. | I believe so. |
| 22 | Q. | All right. |
| 23 | A. | I helped my brother.  He has a moving company.  I |
| 24 | | helped him with a few things, but nothing |
| 25 | | significant.  Probably a total of $500 over a |

```
 1            year's time.  He just needed my assistance whenever
 2            it was something heavy, so I would just help him
 3            move a safe or whatever.
 4     Q.     In 2017, can you identify all of your employers?
 5     A.     Yes.  Solid Platforms, CBI Services, APTIM
 6            Services.  I don't even know what this stuff is.
 7            It's in Texas.  That's weird.  It's showing CBI; I
 8            don't know why I have so many W2 from CBI.  APTIM
 9            Services, it's showing that one four times.
10               That's all that I have right here, as far as
11            my W2s.
12     Q.     So as far as you're aware, you had three employers
13            in 2017?
14     A.     Correct.
15     Q.     And were you still doing the cooking in 2017?
16     A.     Yes.
17     Q.     Did you have any other sources of income in 2017?
18     A.     I do not believe so.
19     Q.     Can you tell me what your annual salary from Solid
20            Platforms in 2017 was?
21     A.     Yes.  26,066.
22     Q.     Mr. Yanez, can you tell me what your annual income
23            from CBI Services was in 2017?
24     A.     So it's showing a lot of W2s from them, and they're
25            different amounts.  So one is 164.38.  All these
```

| | | |
|---|---|---|
| 1 | | are the same amount, I don't know why I have them |
| 2 | | all showing the same amount. |
| 3 | Q. | Oftentimes W2s come with four copies so you can |
| 4 | | submit -- |
| 5 | A. | Oh, that's probably why.  Okay.  That's got to be |
| 6 | | what it is then. |
| 7 | Q. | I apologize, I'm going to ask the question again, |
| 8 | | just so the record is clear. |
| 9 | A. | Sure. |
| 10 | Q. | What was your annual income from CBI Services in |
| 11 | | 2017? |
| 12 | A. | It was 764.38. |
| 13 | Q. | What was your annual income from APTIM Services in |
| 14 | | 2017? |
| 15 | A. | 34,912. |
| 16 | Q. | And if you had to put a number to it, how much |
| 17 | | money do you believe you made from cooking in 2017? |
| 18 | A. | It would be around the same as the previous year, |
| 19 | | give or take.  So, you know, about 25 to 28,000. |
| 20 | Q. | All right.  And in 2017 and 2016, were you a |
| 21 | | full-time employee at Solid Platforms? |
| 22 | A. | I cannot recall.  If I made this much at this other |
| 23 | | company, then I must have been working for another |
| 24 | | union company at the time. |
| 25 | Q. | Were you working with different subcontractors out |

```
 1   Q.   And it's asking for the W2s, which I believe you
 2        produced today, correct?
 3   A.   Yeah, that's the only thing that I was able to
 4        find.  I'm sure there's a way to get them through
 5        the IRS, I assume.
 6   Q.   I take it you've never reached out to the IRS to
 7        obtain your tax returns?
 8   A.   I have not.
 9   Q.   If we move on to item 13, it's asking for copies of
10        all bankruptcy proceedings.  Apart from the
11        petition that we reviewed today, did you submit any
12        other documents to the court with regard to your
13        bankruptcy?
14   A.   No, I don't have any of the documents.  That was in
15        a box that got stolen.
16   Q.   So there was a box of documents that got stolen?
17   A.   Yeah.
18   Q.   And that was with regard to the 2018 burglary?
19   A.   From the burglary at the...
20   Q.   And would I be correct that that box and documents
21        are not identified on your contents inventory list?
22   A.   They probably aren't.  I didn't think it was worth
23        value.
24   Q.   If we turn to request for production number 20,
25        this is asking for copies of credit card statements
```

```
 1           and bank statements and other financial documents
 2           for the years 2016, 2017, and 2018; is that
 3           correct?
 4      A.   Yes.
 5      Q.   All right.  It says -- is your response that you're
 6           attempting to obtain those documents?
 7      A.   Yeah, I tried to get some of them.  It's dated back
 8           and they don't have it, so, like, I have Peoples
 9           Bank -- oh, no, Peoples Bank was closed at that
10           time.  I went to all my institutions, so whatever I
11           got is what they had.  And they didn't go back so
12           far.  So Chase couldn't go back.
13      Q.   Am I correct that you had a Kohl's card during that
14           time?
15      A.   Yes.
16      Q.   All right.  Is it fair to say that you never
17           produced the Kohl's statements?
18      A.   Yeah, I forgot about the Kohl's.
19      Q.   Okay.  So you haven't tried to get those because
20           you forgot about that?
21      A.   Yeah, I forgot about them.
22               (Defendant's Exhibit 6 marked for
23           identification.)
24      BY MR. CURTIS:
25      Q.   Mr. Yanez, I'm going to hand you what we've marked
```

1  Q.  And we can agree that you had a Chase Bank account
2      at the time you filed for bankruptcy?
3  A.  Correct.
4  Q.  All right. And is there a reason why you haven't
5      produced your statements from April of '16 through
6      September of '16?
7  A.  I asked them for everything so what they -- this is
8      what they sent me, when I went to Chase Bank.
9  Q.  Okay.
10 A.  I said, you know, go from this date and send me
11     everything. They said this is all they had.
12 Q.  And what efforts have you taken to obtain your
13     records from your current checking and savings
14     account?
15 A.  You asked for the current, right now?
16 Q.  With the Carpenters Credit Union, am I correct that
17     you got that after the bankruptcy?
18 A.  Yes.
19 Q.  All right.
20 A.  And what were the dates that you asked, because I
21     believe when I went in there I didn't have an
22     account with them at that time for the dates you
23     wanted.
24 Q.  The dates requested were for 2016, 2017, and 2018.
25 A.  I must have misunderstood, because I don't know if

```
 1              I got it '17 or '18, my Carpenters.
 2    Q.   What bank account did you have after the
 3         bankruptcy?
 4    A.   That's all I had until recently.  I have Centier,
 5         but I only had the Carpenters.
 6    Q.   So after you went through bankruptcy, you believe
 7         that you closed the Chase account?
 8    A.   I definitely closed it.
 9    Q.   And then what bank account did you open right after
10         the bankruptcy?
11    A.   I don't believe I opened one right after.  I think
12         I opened it later.
13    Q.   Did you have a period of time when you were without
14         a bank account?
15    A.   I believe so.
16    Q.   What period of time was that?
17    A.   That would have been right after the bankruptcy,
18         whatever, I don't know if it was a month after, a
19         month before, whatever, until I opened up my
20         Carpenters Credit Union.
21    Q.   Okay.  And you believe that might have been in '17
22         or '18?
23    A.   Yeah, I couldn't say for sure, but, I mean --
24         because I remember going in there and talking to
25         them, and the dates that you guys asked, they said
```

```
 1           I didn't have an account.  But I know I had -- I
 2           had to have it in '18, I believe.  Maybe I didn't.
 3           I don't know.  I don't know if I opened it in '19.
 4      Q.   Was your wages from Solid Platforms being direct
 5           deposited into your account after the bankruptcy?
 6      A.   I can tell you in one second.
 7                MR. CURTIS:  Off the record.
 8                (A brief recess was taken.)
 9      BY MR. CURTIS:
10      Q.   So, Mr. Yanez, you were checking to see when you
11           opened your Carpenters Credit Union account before
12           we took a break.  Am I correct that the statements
13           that you can access on your phone right now only go
14           back one year?
15      A.   No, I was accessing my paychecks from my e-pay for
16           Solid Platforms, because it would show, if it's
17           direct deposit or whatever, and it went back, I
18           believe, only a year.  I thought it went back to
19           when -- my whole history.
20                No, it goes back to September 23rd of 2020.
21           That's the furthest back it goes.
22      Q.   Mr. Yanez, in the bank account statements you did
23           produce, which we've marked as Exhibit 6, on your
24           March 20th, 2015 statement it shows an online
25           transfer to another account ending in ▮▮▮▮.
```

```
1    A.    I have no idea what that is.
2    Q.    I'll represent that there's a lot of transfers from
3          that account.  Do you know whose account that would
4          be?
5    A.    Well, my ex-wife, was -- she had her own account
6          and she was on that one, so I don't know if she was
7          transferring to her account.
8    Q.    Okay.
9    A.    That could have very well been what that was, but I
10         wasn't on that one.
11   Q.    So possibly your ex-wife, who had access to your
12         Chase account, was transferring money to her other
13         account?
14   A.    Yeah, it was a joint account, so that's probably
15         what she was doing is transferring, because I paid
16         my portion of the bills and whatever.
17   Q.    Would you transfer any money to, let's say, your
18         business account?
19   A.    No.
20   Q.    I'll represent on --
21   A.    Possible, but really doubt it.  I'm pretty
22         confident to say no, but I don't know, it was a
23         while ago, but I doubt it.
24   Q.    I'll represent on your November 21st, 2015 Chase
25         statement, there's another online transfer from
```

```
 1            checking to an account ending in ▮▮▮; do you know
 2            what account that is?
 3    A.      I have no clue.  Would it have been -- I mean,
 4            would it show if it's, like, from checking to
 5            savings type thing?
 6    Q.      It's not to your savings account --
 7    A.      Okay.
 8    Q.      -- I'll represent by the number of the accounts on
 9            these statements.
10    A.      Okay.
11    Q.      Your Chase Plus savings account number ended in
12            ▮▮▮.
13    A.      Yeah, I don't know.  I'll take that back because I
14            was thinking my Peoples Bank account.  So it could
15            have been from Chase regular, like our regular
16            Chase account to the business, it could have been
17            that one.  I forgot that we even had it until she
18            told me.  She was like:  Yeah, we had one with
19            Chase.  I was like:  Oh, I forgot.
20    Q.      You believe you had a bank account with Peoples
21            Bank?
22    A.      I did have one at Peoples Bank, but they said not
23            during that time that you requested.
24    Q.      Okay.
25    A.      Because we had switched over to Chase, the Chase
```

```
 1         business.
 2   Q.    Apart from Peoples Bank, Chase, and the Carpenters
 3         Credit Union, have you had any other bank accounts?
 4   A.    Not that I can recall.
 5   Q.    And going back to the request for production, which
 6         we marked as Exhibit 5, can you turn to request 21.
 7   A.    Okay.
 8   Q.    Am my correct that this is requesting that you
 9         produce your call log information, so showing who
10         you're calling and who calls are coming from, from
11         March 23rd of '18 through June 20th of '18?
12   A.    Yes, that's what it says.
13   Q.    Am I correct that you haven't produced those call
14         logs?
15   A.    Correct.
16   Q.    All right.  What efforts have you taken to obtain
17         your call logs for Verizon?
18   A.    I called them and I was on hold for a while, a few
19         times, and I think just -- I forgot about this one.
20   Q.    Okay.  Is that something you can follow up on?
21   A.    Yeah, I'll text myself.
22             MR. CURTIS:  Go off the record.
23             (A brief recess was taken.)
24   /
25   /
```

```
 1   STATE OF INDIANA    )
                         )
 2   COUNTY OF LAPORTE   )

 3

 4            I, Julie-Samantha Smith, a Court Reporter and
 5   Notary Public in and for said county and state, do
 6   hereby certify that the deponent herein, DANIEL
 7   OCTAVIO YANEZ, was by me first duly sworn to tell the
 8   truth, the whole truth, and nothing but the truth in
 9   the aforementioned matter;
10            That the foregoing deposition was taken on
11   behalf of the Defendant; that said deposition was
12   taken at the time and place heretofore mentioned
13   between 9:57 a.m. and 12:34 p.m.;
14            That said deposition was taken down in
15   stenograph notes and afterwards reduced to typewriting
16   under my direction; and that the typewritten
17   transcript is a true record of the testimony given by
18   said deponent;
19            And that the reading and signature by the
20   deponent to the deposition were waived on behalf of
21   the parties Plaintiff and Defendant by their
22   respective counsel, the witness being present and
23   consenting thereto, and/or pursuant to Fed. R. Civ. P
24   30(e), the deposition to be read with the same force
25   and effect as if signed by said deponent.
```

```
 1              I do further certify that I am a disinterested
 2    person in this cause of action; that I am not a
 3    relative of the attorneys for any of the parties.
 4              IN WITNESS WHEREOF, I have hereunto set my
 5    hand and affixed my notarial seal this 9th day of May,
 6    2022.
 7
 8
 9    _____
10                        Julie-Samantha Smith
                          NOTARY PUBLIC SEAL
                          STATE OF INDIANA
11                        Commission No. NP0719954
                          My Commission Expires April 24, 2027
12
13
14    Notary Public - State of Indiana
      My Commission Expires: April 24, 2027
15
      Job No. 171790
16
```